Generated: Jul 22, 2025 2:41PM                                                                                  Page 1/1



# U.S. District Court

### Texas Western - San Antonio

Receipt Date: Jul 22, 2025 2:41PM

MARK ANTHONY ORTEGA
152 BEDINGFELD
SAN ANTONIO, TX 78231

Rcpt. No: 8180              Trans. Date: Jul 22, 2025 2:41PM              Cashier ID: #DG (2225)

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                      | 1   | 405.00 | 405.00 |

| CD | Tender |       |            | Amt     |
|----|--------|-------|------------|---------|
| CH | Check  | #1024 | 07/15/2025 | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

**Comments:** 5:25-CV-864. MARK ANTHONY ORTEGA V. POWUR, PBC INC. D/B/A POWUR AND JOSE DANIEL LAVEAGA.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov