# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **MARK ANTHONY ORTEGA**, | Case No. Case No. 5:25-cv-00864-JKP-HJB |
| Plaintiff, | |
| v. | **DEFENDANT POWUR, PBC INC. D/B/A POWUR'S RULE 7.1 DISCLOSURE STATEMENT** |
| **POWUR, PBC INC. D/B/A Powur**, and **JOSE DANIEL LAVEAGA**, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Powur, PBC hereby certifies that it is a non-governmental corporate party, does not have any parent corporation and has no publicly held corporation that owns more than 10% of its stock.

Respectfully submitted,

DATED: August 20, 2025                    **KRONENBERGER ROSENFELD, LLP**


By: ___ s/ James D. Carlson _____

James D. Carlson
Arizona Bar Card Number: 033259
California Bar Card Number: 362056
548 Market Street, PMB 85399
San Francisco, CA 94108
jim@kr.law
Telephone: (415) 955-1155
Fax: (415) 955-1158

Attorneys for Defendant Powur, PBC