UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MARK ANTHONY ORTEGA**,

    Plaintiff,

v.

**POWUR, PBC INC. D/B/A Powur**, and
**JOSE DANIEL LAVEAGA**,

    Defendants.

SA-25-cv-00864-JKP (HJB)

## CONSENT ADVISORY TO THE CLERK OF COURT

The undersigned party in the above captioned case elects as follows (please select only one of the following options):

☒ <u>I Consent to Proceed Before A United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636</u>. The undersigned party in the above captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal must be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☐ <u>I Do Not Consent to Proceed Before A United States Magistrate Judge</u>. The undersigned party in the above captioned case elects not to have this case decided by a United States Magistrate Judge, and prefers that this case proceed before the District Judge.

Mark Anthony Ortega
Party Name (Printed)

Dated: October 18, 2025.

By: <u>*/s/ Mark Anthony Ortega*</u>
   Signature of Attorney or *Pro Se* Party