**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**MARK ANTHONY ORTEGA,**

***Plaintiff*,**

**v.** **Case No. 5:25-CV-00864-JKP**

**POWUR, PBC and**
**JOSE DANIEL LAVEAGA,**

***Defendants*.**

**FINAL JUDGMENT**

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment and the Memorandum Opinion and Order (ECF No. 29) dated March 13, 2026, the Court has now dismissed all claims against all Defendants. Accordingly, the Court issues this Final Judgment pursuant to Fed. R. Civ. P. 58 and **DISMISSES** this action. This dismissal is with prejudice as to all asserted claims, except with respect to Plaintiff's Texas Business and Commerce Code § 302.101 claim against Defendant Powur, PBC, which is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(1) as set out in the Memorandum Opinion and Order (ECF No. 29) dated March 13, 2026. Plaintiff takes nothing from his claims against Defendants.

**IT IS SO ORDERED this 17th day of November 2026.**

Jason Pulliam

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**